**UNITED STATES of America, Appellant, v. Roy HOWELL.**

**No. 10746.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 28, 1936.

Clinton R. Barry, U. S. Atty., and John E. Harris, Asst. U. S. Atty., both of Fort Smith, Ark.

W. N. Ivie and Earl Blansett, both of Rogers, Ark., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, without prejudice to the right of appellant for order allowing another appeal, on motion of counsel for appellant and consent of appellee.

**UNITED STATES of America ex rel. Guiseppe LUPO, Relator-Appellant, v. Rudolph REIMER, Commissioner of Immigration and Naturalization at the Port of New York, Respondent-Appellee.**

**No. 55.**

Circuit Court of Appeals, Second Circuit.

Oct. 19, 1936.

Gaspare M. Cusumano, of New York City, for appellant.

Lamar Hardy, of New York City (Thomas McCall, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order affirmed.

**UNITED STATES of America ex rel. Dominic SALLITTO, Appellant, v. COMMISSIONER OF IMMIGRATION, Ellis Island, New York Harbor, Respondent.**

**No. 70.**

Circuit Court of Appeals, Second Circuit.

Oct. 19, 1936.

Carol King, of New York City (Isaac Shorr, of New York City, of counsel), for appellant.

Lamar Hardy, of New York City (William F. Young, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Leonard E. Ruisi, of Brooklyn, N. Y., amici curiæ.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order affirmed.